IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANDON SMITH,

     Plaintiff,

v.                                   Case No.: 3:23-cv-00064

MARVIN PAGE, et al.

     Defendant.

---

## NOTICE OF SETTLEMENT

---

Plaintiff, BRANDON SMITH, hereby gives notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing the approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 22nd day of March, 2023.

RESPECTFULLY SUBMITTED,

*/s/ Davis Alex Stephenson*
Davis Alex Stephenson #039015
WAMPLER, CARROLL, WILSON
AND SANDERSON, P.L.L.C.
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
alex@wcwslaw.com
***Attorney for Plaintiff***

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned does hereby certify that on the 22ⁿᵈ day of March, 2023, the foregoing document is being served this day on all parties of record identified on the Service List set forth below via the Court's electronic filing system.

## **SERVICE LIST**

Jennifer S. Rusie
JACKSON LEWIS, P.C.
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
615-483-5702
Email: jennifer.rusie@jacksonlewis.com
***Attorneys for Defendant***

*/s/ Davis Alex Stephenson*